IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID C. LETTIERI, | § | |
| #151901A | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-cv-01065-K (BT) |
| | § | |
| SECURUS TECHNOLOGIES | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.  There were no timely objections filed by the plaintiff. By separate judgment, the plaintiff's case will be **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

**Signed July 18th, 2024.**

_Ed Kinkeade_

**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**